OPINION — AG — ** LAW ENFORCEMENT OFFICERS — OKLAHOMA BUREAU OF INVESTIGATION — LIQUOR RAIDS ** QUESTION: CAN OKLAHOMA BUREAU OF INVESTIGATION INVESTIGATORS " GO WITH THE COUNTY OFFICERS ON LIQUOR RAIDS TO LOOK FOR CIGARETTES ON WHICH NO TAX HAS BEEN PAID TO THE STATE " ? — SEE OPINION (SEARCH AND SEIZURES, SHERIFF, PUBLIC OFFICER, SEARCH WARRANT, EVIDENCE) CITE: 74 O.S. 149 [74-149] (SAM H. LATTIMORE)